

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### UNITED STATES COURTHOUSE
### 901 RICHLAND STREET
### COLUMBIA, SOUTH CAROLINA 29201

**MATTHEW J. PERRY, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**

TELEPHONE (803) 765-5406
FACSMILE (803) 253-3692

## September 27, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the
  United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

### Re: Calendar Year 2003 Filing

Dear Judge Lisi:

I acknowledge receipt of your letter of July 29, 2004 requesting additional information concerning my calendar year 2003 report as required by section 102 of the Ethics in Government Act of 1978 (5 U.S.C. app. 4 §§ 101-111).

1. You observe that in Block 4 I did not provide my title. You direct that I amend my report accordingly. In compliance with your letter, I hereby amend my report to state in block 4 that my title is United States District Judge-Senior Status.

2. You observe that in Part VII, page 1, line 5 and 6 Column C(2), value method code "T" used for "Rental property #1 Columbia, S.C." and "Office Bldg.  (1/3) Int.) Columbia, S.C. appears to be incorrect, as this refers to the cash market value of an asset and is appropriate only for assets such as deposit accounts or publicly traded securities. You also observe that it appears from the descriptions of these assets (real property) that either value method code "Q", "R", "S", "V", or "W" would more accurately indicate the basis for the values, and you indicate that I should amend by report accordingly.

   In accordance with your directions I have reviewed these entries and I agree that they are incorrect. I hereby amend my report as follows:

(a) As to line 5 (Rental Property #1 Columbia, SC, Column C(2) Please delete value method code "T" and insert value method code "W".

I hereby amend my report by deleting reference to this asset.

3.  You observe that in Part VII, Page 1, lines 5 and 6 Column (2), value method code "T" used for "Rental Property #1 Columbia, S.C. and "Office Bldg..... (1/3int.) in. Columbia, S.C. appears to be securities. You also observes that it appears from the description of these assets (real property) that either value method code "Q", "R", "S", "V", or "W" could more accurately indicate the basis for the values, and you indicate that I should amend my report accordingly.

In accordance with your directions, I have reviewed these entries and I agree that they are incorrect. I hereby amend my report as follows:

(a) As to line 5 (Rental Property #1, Columbia, SC, Column C(2) please delete value method code "T" and insert value method Code "W".

(b) As to line 6 (Office Bldg..... 1/3 In) Columbia, SC, column C(2) please delete value method code "T" and insert value method code W.

4.  You observe that in Part VII, page 1, lines 15-18 and page 2, line 19 for various assets, the income amount code and the income type should be provided in Column B. And you instruct that "if no income was received, Column B(1) under "Amount" should be left blank and the word NONE should appear in Column B(2) under 'Type.'"

In accordance with your instructions, I have reviewed these entries. I hereby amend my report as to the entries in Part VII, page 1, lines 15-18 and page 2, line 19 by leaving Column B (1) under "Amount" blank and by inserting the word NONE in Volume B (2) under "Type."

5.  You observe that in Part VII, page 2, lines 20-23 for various assets, I listed income amount code "A" in Column B(1) and left Column B(2) blank. And you instruct that if no income was received Column B(1) under "Amount" should be left blank and the word

"None" should appear in Column B(2) under "Type." Otherwise, you instruct that if the entries of income amount code "A" in Column B(1) are correct, I should enter the appropriate income type in Column B(2) in accordance with pages 45 and 46 of the filing instructions.

Upon consideration and review, I hereby amend my report as to the entries on page 2, lines 20-23 by inserting in Column B(2) as to each asset reported on lines 20-23 the word dividend (or div.).

6. You observe that as to the same assets (Part VII, page 2, lines 20-23) I listed value codes (J) in Column C(1) and left Column C(2) blank, and you direct that I provide the appropriate method codes (Q-W) for these assets.

I hereby amend by report by inserting value method code "W" in Column C(2) as to each of the reported assets.

7. You observe that in Part VII, Page 1, lines 2, 4 and (9-12) I listed the sale or other disposition of various assets in Column D(1); and you state that these are the same assets that I reported in my 2002 report as being disposed of.

I agree with your observation and I state that this was an inadvertence. I hereby amend my report by deleting the items reported in Part VII, Page 1, lines 2, 4 and 9-12.

As directed by you, I am providing you and the Committee with three copies of this response by mail today. A copy is also transmitted to you by facsimile.

Sincerely,

Matthew J. Perry, Jr.

MJP, Jr.\caf

Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PERRY, JR., MATTHEW J | 2. Court or Organization U. S. DIST.COURT,SOUTH CAROLIN | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) MATTHEW J. PERRY, JR., Senior | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Matthew J. Perry, Jr. U.S.Courthouse 901 Richland Street, Columbia S.C. 29201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | NONE | |
| 2. | NONE | |
| 3. | NONE | |
| 4. | NONE | |
| 5. | NONE | |
| 6. | NONE | |
| 7. | NONE | |
| 8. | NONE | |
| 9. | NONE | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | NONE | |
| 2. | NONE | |
| 3. | NONE | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | NONE | | |
| 2. | NONE | | |
| 3. | NONE | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | NONE | |
| 2. | NONE | |
| 3. | NONE | |
| 4. | NONE | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NONE | |
| 2. | NONE | |
| 3. | NONE | |
| 4. | NONE | |
| 5. | NONE | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | NONE | | $0 |
| 2. | NONE | | |
| 3. | NONE | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE | | |
| 2. | NONE | | |
| 3. | NONE | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. YORK COUNTY SCHOOL DISTRICT MUNICIPAL BOND | A | Div. | | | Call | 1\13\ | J | A | |
| 3. GREENVILLE SC HOSPITAL SYSTEM MUNICIPAL BOND | E | Div. | K | T | | | | | |
| 4. EXXON CORP.(COM.STOCK) | A | Div. | | | Sell | 8\16\ | J | A | |
| 5. RENTAL PROPERTY #1 COLUMBIA, S.C. | C | Rent | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. OFFICE BLDG (1/3 INT.) Columbia, S.C. | | None | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. MERRILL LLYNCH BROKAGE CMA ANN.TAX EXEMPT FUND | D | Dividend | J | T | | | | | |
| 10. MERRILL LYNCH MUNI BOND INS. PT (MUTUAL BOND) | E | Dividend | | | Sell | 11\12 | K | | |
| 11. DUKE CAPITAL ML-(MUNI BOND) | A | Interest | | | Call | 1\13\ | J | A | |
| 12. MERRILL LYNCH MUNI BOND INS.PT (MUTUAL FUND) | E | Dividend | | | Sell | 11\1\ | K | E | |
| 13. MERRILL LYNCH SCANA (MUNI BOND) | D | Dividend | | | Sell | 5\4\0 | J | D | |
| 14. MERRILL LYNCH RICHLAND COUNTY SC (MUNI BOND) | E | Dividend | K | | Sell | 8\16\ | K | E | |
| 15. VAN KAMPEN ENERGING GROWTH (ACEFX)(BOND) | | | | | Buy 12/20\01 | 12\20 | J | | |
| 16. MERRIL LYNCH GLOBAL RESOURCES TR C (BOND) | | | | | Buy12\20\01 | 8\16\ | J | | |
| 17. MERRILL LYNCH BASIC VALUE FD CL C (BOND) | | | | | Buy12\20\01 | | J | | |
| 18. MERRILL LYNCH FUNDAMENTAL GROWTH C (BOND) | | | | | Buy12\20\01 | | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PERRY, JR., MATTHEW J | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MERRILL LYNCH SENIOR FLOATING RT FD II (BOND) | | | | | Buy12\20\01 | | K | | |
| 20. M.L. HEALTHCARE | A | | J | | Buy 12\20\01 | | J | | |
| 21. DAVIS NY VENTURE | A | | J | | BUY 12\20\01 | | J | | |
| 22. PIMCO LONGTERM US GOVERNMENT | A | | J | | BUY 12\20\02 | | J | | |
| 23. DAVIS FINANCIAL FUND | A | | J | | BUY 12\20\02 | | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>PERRY, JR., MATTHEW J | Date of Report<br><br>5/15/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

NO COMMENTS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY IN████████████OWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO████████ID CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544